## MACKEMER *v.* BENNER.

Unless the errors assigned appear affirmatively of record, it will be presumed that the proceedings below were correct.

A judgment will not be reversed for trivial causes, not affecting the rights of parties, or the established rules of practice.

ERROR, *to Muscatine District Court.*

This was an action of assumpsit, commenced in the district court, on a promissory note. Judgment for the plaintiff. A full statement of the case, to understand the points decided, is not necessary.

' *S. C. Hastings,* for the plaintiff in error.

*S. Whicher,* for the defendant.

*Opinion by* GREENE, J. There are several errors assigned in this case; but those of a material character are not disclosed by the transcript of the record. It has often been decided by this court, that no error can be assumed from mere omission or defect in the transcript; that it must appear affirmatively of record. Unless it does so appear the presumption of law is, that the proceedings in the court below were legal and proper.

Nor will we disturb the judgment of the district court for light and trivial causes, not affecting the rights of parties, nor materially disturbing established rules of practice, as recognized by this court.

Judgment affirmed.